UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MATSON, and all other similarly situated, | No. 2:13-CV-0036 KJM CMK |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF RANCHO CORDOVA, | |
| Defendant. | |

On September 18, 2013, the parties filed a stipulation requesting this case be referred to the Voluntary Dispute Resolution Program (VDRP). Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP for the convening of a VDRP session to occur as soon as possible, at which a principal with full settlement authority for each party shall appear.

DATED: September 19, 2013.

_____
UNITED STATES DISTRICT JUDGE

1